FILED: September 11, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1891
(8:14-cv-02916-PJM)
(13-29298)
(14-00190)

_____

In re: ABDELLA AHMED ABDOSH; DJUWERIA MOHAMMED ABDULAHI

      Debtors

------------------------------

ABDELLA AHMED ABDOSH; DJUWERIA MOHAMMED ABDULAHI

      Plaintiffs - Appellants

v.

OCWEN LOAN SERVICING, LLC; INDY MAC MORTGAGE CORP., a/k/a One West Bank, NA

      Defendants - Appellees

_____

O R D E R

_____

The court denies leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk